FILED

JAN - 6 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

RECEIVED

JAN 13 2010

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

1  JOHN T. KENDALL
   Trustee
2  2601 Blanding Avenue
   Bldg #C, Ste 110
3  Alameda, CA  94501
   (510)523-9821

4

5          UNITED STATES BANKRUPTCY COURT
            NORTHERN DISTRICT OF CALIFORNIA
6

7  IN RE:                    )   CASE NO.  09-40182 RJN
                             )
8  OLEE WADE                 )   Chapter 7
   LESLYE WADE,              )
9                            )   NOTICE OF UNCLAIMED
            Debtor.          )   DIVIDENDS
10 _____ )

11 TO THE CLERK, UNITED STATES BANKRUPTCY COURT

12     Pursuant to Federal Rule of Bankruptcy Procedure 3011, the
   Trustee in the above captioned case hereby turns over to the
13 Court, unclaimed dividends in the amount of $1,495.18.  The
   name(s) and address(es) of the claimants entitled to the
14 unclaimed dividends are as follows:

15 Claim # Name & Address of Claimant  Claim Amount  Dividend Amount

16     (See Attached Schedule)

17

18                        Total Unclaimed Dividends $1,495.18

19
   Dated: January 5, 2010
20
                          JOHN T. KENDALL, Trustee
21

22

23

24

25

26

27

# UNCLAIMED, UNDELIVERABLE, & SMALL DIVIDEND CHECKS

**CASE NAME: Olee & Leslye Wade**

**CASE NUMBER: 09-40182 RJN**

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | CLAIM AMOUNT FILED | UNCLAIMED FUNDS |
|---|---|---|---|
| 6 | San Francisco Police Credit Union P.O. Box 60097 City of Industry, CA 91716 | $22,324.40 | $1,495.18 |
| | | **TOTAL FUNDS** | **$1,495.18** |